**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

VILLAGE OF FOUR SEASONS
ASSOCIATION, INC.,

          Petitioner

          v.

ELK MOUNTAIN SKI RESORT, INC.,

          Respondent

: No. 80 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of August, 2015, the Petition for Allowance of Appeal is **DENIED**.